IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

GILBERTO MARTINEZ GOMEZ
LAURA M. SERRANO SANTANA
DEBTOR(S)

CASE NO. 12-03113-MCF

CHAPTER 13

## MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN, 11 USC SECTION 1329

TO THE HONORABLE COURT:

NOW COME, **GILBERTO MARTINEZ GOMEZ** and **LAURA M. SERRANO SANTANA,** through the undersigned attorney, and very respectfully state and pray as follow:

1. The debtors are hereby submitting a Post-confirmation Modification of Chapter 13 Plan, dated August 13, 2013, herewith and attached to this motion.

2. This Post-confirmation Modification of Chapter 13 Plan is filed to consent to the modification of the automatic stay in favor of Banco Popular de Puerto Rico for loss mitigation purposes only.

### NOTICE

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

I CERTIFY that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtors, Gilberto Martinez Gomez and Laura M. Serrano Santana; and to all creditors and parties in interest, in the present case.

Page-2-
Case no. 12-03113-MCF

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 13th day of August, 2013.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA-CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO (787) 744-7699 FAX 746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:　　　　　　　　　　　　　　　　　　　　　　　　Case No. **3:12-bk-3113**

**MARTINEZ GOMEZ, GILBERTO & SERRANO SANTANA, LAURA MARGARITA**　　Chapter **13**
　　　　　　　　　　　Debtor(s)

**CHAPTER 13 PAYMENT PLAN**

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **8/13/2013**　　　　　　　　　☐ AMENDED PLAN DATED: _____
☐ PRE ☑ POST-CONFIRMATION　　　　　　Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | x | | = $ | |
|---|---|---|---|---|---|
| $ | 200.00 | x | 24 | = $ | 4,800.00 |
| $ | 1,277.00 | x | 36 | = $ | 45,972.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

　　　　　　　　　　　TOTAL: $ **50,772.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $ _____

PROPOSED BASE: $ **50,772.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,881.00**

Signed: _____[signature]_____
　　　　　Debtor

_____[signature]_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **COOP A/C JESUS OI** Cr. _____ Cr. _____
# **1102382080425**　　# _____　　# _____
$ **9,612.26**　　$ _____　　$ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **HACIENDA SAN JOS** Cr. **LEE COUNTY TAX C** Cr. _____
# **415**　　# **334323C103896 0530**　　# _____
$ **2,090.75**　　$ **2,568.00**　　$ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____　# _____　# _____
$ _____　$ _____　$ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D　COOP A/C JESUS OI**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
　　　　　　☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____　# _____　# _____
$ _____　$ _____　$ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
Debtor(s) consents to the LIFT of STAY in favor of BPPR (POC 11), for the purpose of loss mitigation modification that will include all pre and post-petition arrears, therefore the Trustee will make no disbursements to BPPR (POC 11).
Priority (Dpto. Hacienda): $1,407.00; Real Property Special Tax: (Pin Number 224-039-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) arrears $926.00, (Pin Number 225-023-885-21-001) arrears $444.00 will be paid through the Trustee.

CRIM: Pin Number 224-039-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 arrears $1,593.00 ; Pin Number 225-023-885-21-001 arrears $1,110.00 will be paid through the Trustee. Debtor to continue making current direct payments to CRIM.

Late filed claims filed by creditors will receive no distribution. "Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank. Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**　　Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

MARTINEZ GOMEZ, GILBERTO
IDAMARIS GARDENS
B9 CALLE SALUSTIANA COLON ST
CAGUAS, PR  00727-5729

CRIM
PO BOX 195387
SAN JUAN, PR  00919-5387

LEE COUNTY TAX COLLECTOR
PO BOX 1609
FORT MYERS, FL  33902-1609

SERRANO SANTANA, LAURA MARGARITA
HACIENDA SAN JOSE
415 VIA CAMPINA
CAGUAS, PR  00727-3048

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR  00902-4140

MARTINEZ & TORRES LAW OFFICES
PO BOX 192938
SAN JUAN, PR  00919-2938

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

DORAL BANK
PO BOX 308
CATANO, PR  00963-0308

MCS LIFE INSURANCE CO
PO BOX 9023547
SAN JUAN, PR  00902-3547

AMERICAN EXPRESS
PO BOX 47455
JACKSONVILLE, FL  32247-7455

DPTO DE TRANSPORTACION Y OBRAS
PUBLICAS
PO BOX 41269
SAN JUAN, PR  00940-1269

NATIONAL FITNESS
PO BOX 497
LAYTON, UT  84041-0497

BANCO POPULAR DE PR
PO BOX 363228
SAN JUAN, PR  00936-3228

EOS CCA
700 LONGWATER DR
NORWELL, MA  02061-1624

PENTAGON FEDERAL CREDIT UNION
PO BOX 320101
ALEXANDRIA, VA  22320-4101

BANCO POPULAR DE PR
PO BOX 364445
SAN JUAN, PR  00936-4445

ERICK A ROSADO PEREZ
BOX 16308
SAN JUAN, PR  00908-6308

BANK OF AMERICA
PO BOX 53132
PHOENIX, AZ  85072-3132

GAP
PO BOX 530942
ATLANTA, GA  30353-0942

CAGUAS REAL
DORADO DEL MAR 200 DORADO DEL MAR
GC
DORADO, PR  00646-2339

HACIENDA SAN JOSE HOMEOWNERS
ASSOCIATION
PO BOX 4069
BAYAMON, PR  00958-1069

COOP A/C JESUS OBRERO
PMB 159-HC 01BOX 2
CAGUAS, PR  00725

HOSPITAL HIMA SAN PABLO
PO BOX 4980
CAGUAS, PR  00726-4980

COOP A/C JESUS OBRERO
PMB159
HC 1 BOX 29030
CAGUAS, PR  00725-8900

JOSE M. RAMIREZ HERNANDEZ
PO BOX 1360
CAGUAS, PR  00726-1360