IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> GILBERTO MARTINEZ GOMEZ <br> LAURA MARGARITA SERRANO SANTANA <br><br> DEBTORS | CASE NO 12-03113/MCF <br><br> CHAPTER 13 |

**DEBTORS' REPLY TO TRUSTEE'S UNFAVORABLE REPORT
ON POST CONFIRMATION PLAN MODIFICATION, DOCKET NO. 57,
AND IN COMPLIANCE WITH ORDER, DOCKET NO. 59**

TO THE HONORABLE COURT:

**NOW COME,** GILBERTO MARTINEZ GOMEZ and LAURA MARGARITA SERRANO SANTANA, debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The Chapter 13 Trustee filed an unfavorable report on proposed post confirmation Plan modification, docket no. 57, dated August 16, 2013.

2. On August 13, 2013, the debtors filed a post confirmation modification of Plan, docket no. 55, to consent to the lift of stay in favor of secured creditor Banco Popular de Puerto Rico, claim no. 11, and cure the arrears owed to the Trustee.

3. With this information debtors respond to the *Trustee's Unfavorable Report on Post Confirmation Plan Modification*, docket no. 57, dated August 16, 2013.

**WHEREFORE** debtors respectfully pray that Trustee's unfavorable recommendation be denied.

**I HEREBY CERTIFY** that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the participants/debtors, Gilberto Martinez Gomez and Laura Margarita Serrano in the above captioned case.

Page -2-
Reply to Trustee's unfavorable report
Case no. 12-03113/MCF

**RESPECFULLY SUBMITTED**. In San Juan, Puerto Rico, this 6th day of September, 2013.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
PO BOX 186
CAGUAS PR 00726-0816
TEL (787)744-7699 FAX (787)746-5294
EMAIL: rfigueroa@rfclawpr.com
