IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 12-03113 ESL |
| GILBERTO MARTINEZ GOMEZ | Chapter 13 |
| LAURA MARGARITA SERRANO SANTANA | |
| XXX-XX-6338 | |
| XXX-XX-2704 | |
| | FILED & ENTERED ON 11/06/2013 |
| Debtor(s) | |

### ORDER GRANTING MODIFICATION OF PLAN AFTER CONFIRMATION AND DENYING MOTION FOR DISMISSAL

This case is before the Court on debtor(s)' motion under 11 USC §1329 to modify the confirmed plan and to confirm the amended plan dated 8/13/2013 (docket entry #**55**). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor(s)' motion.

It further appearing that the amended plan addresses the grounds for dismissal on **Chapter 13 trustee**'s motion to dismiss, (docket entry # 58) the same is hereby denied.

SO ORDERED.

In San Juan, Puerto Rico, this 06 day of November, 2013.

*/s/ Enrique S. Lamoutte*

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA
Chapter 13 trustee